**FILED UNDER SEAL**

# AFFIDAVIT OF SPECIAL AGENT MICHAEL NICHOLAS IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael P. Nicholas, being duly sworn, state:

## INTRODUCTION AND PURPOSE OF AFFIDAVIT

1.	This affidavit is submitted in support of a criminal complaint and arrest warrant charging BARRY DAVID GOLDBERG with distribution of child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b).

2.	I am a Special Agent with the Federal Bureau of Investigation, and have been since January 2016. I received approximately 20 weeks of training at the FBI Academy in Quantico, Virginia. During that time, I received training on various things including evidence collection, interviewing, legal procedure and process, source management, investigative technology, firearms and tactical training, and defensive tactics. I am currently assigned to the Violent Crimes Against Children squad of the FBI's San Francisco Field Division. I am responsible for investigating, among other things, violations concerning human trafficking, child exploitation, and child pornography, including the production, distribution, receipt, and possession of child pornography. Before my current assignment, I worked in the Counterintelligence Division of the FBI's New York Division for approximately one year and nine months. My responsibilities included identifying and investigating national security threats from foreign intelligence services in the United States. I worked to counter the activities of foreign spies in the United States, and investigated potential economic espionage occurring in the New York area. In addition, I wrote FISA applications, conducted surveillance, and interviewed multiples witnesses, sources, and a target of investigation.

3.	The information contained in this affidavit is based on my personal knowledge, experience, and training as a Special Agent of the Federal Bureau of Investigation, as well as information provided to me by other law enforcement officers involved in this investigation. I have not included in this affidavit every fact known to me. I have included only those facts that I believe are necessary to establish probable cause in support of a criminal complaint.

**FILED UNDER SEAL**

## APPLICABLE LAW

4. Title 18, United States Code, Section 2252(a)(2) provides criminal penalties for any person who knowingly receives or distributes any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by an means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct. Title 18, United States Code, Section 2252(b) provides the penalties for such a violation.

## STATEMENT OF FACTS ESTABLISHING PROBABLE CAUSE

5. On December 23, 2019, FBI Task Force Officer Dan O'Malley received information about an alleged "sextortion" of a minor 16-year-old female victim (hereinafter referred to as "Minor Victim" or "MV") located in San Mateo County, California, within the Northern District of California. MV had engaged in an online relationship with an individual who had identified himself as "Ryan Straus" and had represented himself to be 16 years old. During the course of this relationship, MV sent this individual images and videos of MV engaging in sexually explicit conduct. The individual eventually began to send MV long, ranting messages in which he threatened to or pretended to distribute these images or videos or to tell her parents the details of her sexual behavior. More recently, the individual posted images and videos of MV engaging in sexually explicit conduct on Snapchat, making these materials available to his social media connections.

6. As explained in greater detail below, the individual purporting to be "Ryan Straus" and his sister "Kalie Straus" has been identified as BARRY DAVID GOLDBERG, 55, of Cherry Hill, New Jersey, and GOLDBERG confirmed his identity in an FBI interview.

**Identification of GOLDBERG as "Ryan Straus" and "Kalie Straus"**

7.      Text messages obtained by the FBI from MV's iPhone and iPad show that GOLDBERG contacted MV from the following phone numbers in mid to late 2019: (A) 781-606-0038; (B) 202-627-0038; (C) 609-483-5644; (D) 609-382-9152; and (E) 650-362-7791.

8.      GOLDBERG primarily texted MV from the number (A) 781-606-0038, a Google Voice number. Google Voice records obtained by the FBI indicate that the Google Voice number (A) 781-606-0038 is associated with the Google account of a user who registered his first name as "B" and his last name as "G," and who has a phone number of 856-816-3800. The account was also established with the email addresses GDTRFBBB@gmail.com and GDTRFBBB@hotmail.com. These records showed that the Google account had been accessed primarily by the IP address 108.24.148.205 during the period between 11/2019 and 01/2020, when much of the harassing conduct took place.

9.      Records obtained by the FBI from Verizon for the IP address used to access the Google account, 108.24.148.205, indicate that it had been assigned to R****** Goldberg (referred to herein as "R.G.") with a service address of 507 LILAC LN, CHER HL, NJ 080030000 since July 23, 2019. Department of Motor Vehicles records for 507 Lilac Lane in Cherry Hill, New Jersey, show the following occupants at that address: "RG", G****** Goldberg (hereinafter "GG"), and BARRY D. GOLDBERG.[1]

10.     Records obtained by the FBI from T-Mobile indicate that the phone number associated with the Google account, 856-816-3800, was assigned to subscriber BARRY GOLDBERG of 507 Lilac LN, Cherry Hill, NJ 08003.

11.     Records obtained by the FBI for Google Pay Customer Profile details for Google account GDTRFBBB—associated with the Google Voice number (A) 781-606-0038—showed multiple variations of billing information for the account, including "Shipping, Billing, Tax" information for: Barry Gold, 507 Lilac, Cherry Hill, NJ 08003 US  +1(781) 606-0038(US).

---

[1] Redacted names of GOLDBERG's parents on file with law enforcement.

Other Billing names included "Miles G," "Barry," "Barry Gold," "Barry," "s**** goldberg," "Barry Goldberg," "B G," and "g***** Goldberg."[2]

12.     GOLDBERG additionally texted MV from the number (B) 202-627-0038, another Google Voice number, purporting to be "Kalie Straus" on multiple occasions. Records obtained by the FBI from Google indicate that the number is linked to the Google account kaliestraus@gmail.com, which also emailed MV on at least one occasion. Subscriber records indicate that the Google account was accessed from the 507 Lilac Lane IP address 108.24.148.205 on November 19, 2019.

13.     GOLDBERG also texted MV from the number (C) 609-483-5644 on November 28, 2019. Records obtained by the FBI indicate a login or account creation for that number at 2019-11-28 05:37:26 UTC from the 507 Lilac Lane IP address, 108.24.148.205.

14.     GOLDBERG used the number (D) 609-382-9152 to contact MV on 12/18/2019. Records obtained by the FBI indicate that this number was registered to hakamui_bay_babe@hotmail.com on 2019-12-18 06:50:51 UTC, and the login or account creation on that date was associated with the 507 Lilac Lane IP address, 108.24.148.205. Records obtained by the FBI indicate that the hakamui_bay_babe@hotmail.com account includes, among others, the following aliases: 18568163800 (GOLDBERG's mobile number); kalie_p05@yahoo.com; kalie_straus; kalie18@outlook.com; kaliestraus@gmail.com; kalieStraus@outlook.com; KalieStraus@yahoo.fr; KalieStraus@hotmail.com.

15.     GOLDBERG additionally utilized the number (E) 650-362-7791 to text both MV and MV's parents on December 16, 2019.   Records obtained by the FBI indicate that the account was linked to a username of "kaliestraus9" and the email address kaliestraus@hotmail.com. Moreover, records indicate that the number was assigned to this account on 2019-12-16 06:59:59.

---

[2] Redacted names of GOLDBERG's parents on file with law enforcement.

16.     Records obtained by the FBI for the Google Voice number (A) 781-606-0038 that served as GOLDBERG's primary point of contact with MV showed a login from mobile IP address 2607:fb90:62d1:7f9a:cf1a:ee19:a1d2:47d4 at 2020/01/03-19:41:45-UTC. At approximately the same date and time, records obtained by the FBI show that this same mobile IP address logged into the kaliestraus@gmail.com Google account. Additionally, records obtained by the FBI indicate that this same mobile IP address logged into the ryan_straus@outlook.com email account only a short period of time later. Records obtained by the FBI from T-Mobile for subscriber information for IP address 2607:fb90:62d1:7f9a:cf1a:ee19:a1d2:47d4 at 2020/01/03-19:41:45-UTC indicate that the IP address was assigned to the subscriber phone number, 1-856-816-3800, belonging to BARRY D. GOLDBERG at 507 Lilac LN, Cherry Hill, NJ 08003.

17.     MV and/or her parents additionally informed investigators that "Ryan Straus" used the Snapchat account "r_phs21" and "Kalie Straus" used the Snapchat account "kalie.straus".  Records obtained by the FBI for the r_phs21 account showed many logins from the 507 Lilac Lane IP address, 108.24.148.205. Records obtained by the FBI for the kalie.straus account also showed multiple logins from the 507 Lilac Lane IP address, 108.24.148.205, as well as an associated email address of kaliestraus@outlook.com.

18.     The FBI obtained and executed search warrants for the residence at 507 Lilac Lane, Cherry Hill, New Jersey, GOLDBERG's person, and GOLDBERG's vehicle on March 19, 2020.  During an FBI interview concurrent with the execution of the search warrant, GOLDBERG confirmed that he was both "Ryan Straus" and "Kalie Straus." GOLDBERG also confirmed his online relationship with MV and many details of that relationship, including that he lied to her about his age and about having cancer. GOLDBERG admitted that he used the Google Voice number 781-606-0038 to communicate with MV, that his Google account was GDTRFBBB, and that his main Snapchat name was r_phs (without specifying the number that followed).  GOLDBERG also stated that he was the only one who uses his cellular phone.

19.     GOLDBERG's parents, RG and GG, were also interviewed by the FBI during the

execution of the search warrant. GG, age 88, advised that he does not use computers, does not have an email account, and does not use social media. RG, age 84, advised that she has her own computer and does not believe that GOLDBERG has ever used it without her knowledge. She also has her own email address and Twitter account, and does not use any other email or social media accounts. Both GG and RG indicated that they were not aware of any of GOLDBERG's friends coming over recently or anyone who may have used their home internet.

**20.** Sexually explicit images and videos of MV were found on the Google Photos account associated with GOLDBERG's Google account and on GOLDBERG's cell phone.

**Distribution Of Child Pornography**

21. Evidence obtained by the FBI indicates that GOLDBERG distributed sexually explicit images and videos of MV on multiple occasions, including by through text messages and by uploading and posting to social media.

22. Text messages between GOLDBERG and MV indicate that GOLDBERG knew that MV was a minor no later than May or June of 2019. For example, on June 12, 2019, GOLDBERG (purporting to be "Kalie Straus") noted that MV was 15 years old, and on June 13, 2019 made a reference to MV checking "into the hotel as a minor."

23. On June 28, 2019, GOLDBERG texted MV an image of MV engaged in sexually explicit conduct. I conclude that the image depicts MV by comparing the wall and bedspread of the room in the image with the description MV provided of her room. Further, I believe that the color and length of the individual's hair depicted in the image match the color and length of MV's hair. Further, an orange-colored rectangular image with text has been added to the picture. The text states: "property of ryan". Because MV resided in the Northern District of California, I believe she was present in the district at that time.

24. On October 19, 2019, GOLDBERG texted MV a close-up picture of MV engaged in sexually explicit conduct. I believe the picture depicts MV based on my identification of the bedspread or blanket shown in the picture and my knowledge of MV's bedspread or blanket. Because MV resided in the Northern District of California, I believe she was present in the

district at that time.

25.     Records obtained by the FBI from Snapchat indicate that GOLDBERG posted sexually explicit images and videos of MV to his Snapchat stories from numerous Snapchat accounts under his control. A Snapchat user can keep a sort of photo/video diary using the "Story" feature, and each snap in a "Story" documents the user's experience. Based on the user's privacy settings, the photos and videos added to a "Story" can be viewed either by everyone on Snapchat or just the user's friend. Stories are visible to other users for up to 24 hours.

26.     Snapchat records for the account r_phs21, which contains multiple logins from the 507 Lilac Lane IP address 108.24.148.205, show numerous instances of distribution. A "story" posted by r_phs21 on Wed Jan 22 04:46:36 UTC 2020 showed a video of MV engaged in sexually explicit conduct.  I believe the video depicts MV based on my knowledge and analysis of the color of the walls and the bedspread in the video. A "story" posted by r_phs21 on Thu Mar 05 06:46:12 UTC 2020 showed a still image of an individual I believe to be MV engaged in sexually explicit conduct. A "story" posted by r_phs21 on Thu Mar 12 23:31:01 UTC 2020 showed a video of MV engaged in sexually explicit conduct.  I believe the video depicts MV based on my knowledge and analysis of the color of the walls and the bedspread in the video.  Records appear to indicate that r_phs21 has approximately 20 Snapchat "friends" listed.

27.     Snapchat records for the account [Redacted], which contains a login from the 507 Lilac Lane IP address 108.24.148.205, indicate a "story" posted by [Redacted] on March 11, 2020, showing an image of MV engaged in sexually explicit conduct. I believe the image depicts MV based on my knowledge and analysis of the color of the walls and the bedspread in the video.  The records appear to indicate that [Redacted] account had 9 friends.

28.     In addition to these records, on March 11, 2020, using an account I had taken over from MV, I viewed the [Redacted] Snapchat account. Posted as a "story" on the [Redacted] account was a short video comprised of 3 pictures of MV engaged in sexually explicit conduct. The photographs included derogatory textual commentary that appeared to be written by

GOLDBERG. I was present in the Northern District of California at the time I viewed these materials on the [Redacted] account.

29.  Snapchat records for the account [Redacted], which showed a login from the 507 Lilac Lane IP address 108.24.148.205, indicated two instances of distribution. An mp4 file that appears to be a story from March 17, 2020 showed an image of MV engaged in sexually explicit conduct. A jpg file that appears to be a story from March 17, 2020 showed two side-by-side images of what appears to be MV engaged in sexually explicit conduct, her face partially blocked by her own cell phone. Records appear to indicate that the [Redacted] account had approximately 37 friends.

30.  In GOLDBERG's interview with the FBI concurrent with the March 19, 2020 search warrant execution, he admitted that he posted nude images of MV on Snapchat as stories. GOLDBERG confirmed that he understood anyone that followed his account could see the images, and acknowledged that his accounts had such followers. GOLDBERG also confirmed there were three Snapchat accounts that he used: r_phs (without specifying the number at the end of the username); [Redacted] (omitting the underscore); and [Redacted] (omitting the [Redacted] and underscore).

31.  In light of the foregoing, I submit that there is probable cause to believe that GOLDBERG knowingly distributed a visual depiction of a minor engaging in sexually explicit conduct, with knowledge that the visual depiction was of a minor engaging in sexually explicit conduct, and the visual depiction was distributed using a means or facility of interstate commerce, in violation of 18 U.S.C. §§ 2252(a)(2) and (b).

///

I swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

**FILED UNDER SEAL**

/s
_____
MICHAEL P. NICHOLAS
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P 4.1 and 4(d) on this on this 18th day of June, 2020.

_____
HON. LAUREL BEELER
United States Magistrate Judge